1
2
3
4
              UNITED STATES DISTRICT COURT
5
            EASTERN DISTRICT OF WASHINGTON
6
7 RICHARD S. ROBBINS,          )
                           ) No.  CV-05-0246-JLQ
8                      )
            Plaintiff,      ) ORDER OF DISMISSAL
9                      ) WITH PREJUDICE
            vs.            )
10                      )
BENTON COUNTY, et al.,      )
11                      )
           Defendants.    )
12 _____ _____ )
13       Pursuant to the Stipulated Motion of the parties, **IT IS HEREBY ORDERED** that
14 the Plaintiff's complaints against Yakima County, including the claims therein be and the
15 same are hereby Dismissed With Prejudice, without costs or attorneys fees to any party.
16       The Clerk of this court shall enter this Order, enter judgment of dismissal with
17 prejudice,  forward copies to counsel, and close this file.
18       **DATED** this 18th day of August 2006.
19                     s/ Justin L. Quackenbush
                     JUSTIN L. QUACKENBUSH
20           SENIOR UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28 ORDER - 1